ESTATE OF JALEN PROFT
by Mary Jane Proft as Special Administrator,     Case No.: 2:24-CV-0982

          Plaintiff,

                                  Jury Trial Demanded

     v.

WASHINGTON COUNTY, MARTIN SCHULTEIS,
BRIAN WEDDIG, SEAN WOLFGRAM,
ADDISON BRYANT, GLORIA BAERBER,
TIM HUYBERS, JOHN DOES 1-10 and
ABC INSURANCE COMPANY.

          Defendants.

## NOTICE(s) OF APPEARANCE

PLEASE TAKE NOTICE that the following parties appear for Plaintiff:

**CADE LAW GROUP LLC**
Annalisa Pusick, SBN: 1116379
Antonique Williams, SBN: 1051850
Madison Bedder, SBN: 1121996
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
annalisa@cade-law.com
antonqiue@cade-law.com
madison@cade-law.com

**LAW OFFICES OF GARY GEORGE**
Gary George, SBN: 1004216
P.O. Box 1605
Milwaukee, WI 53201
(414) 397-8050
garygeorgelawoffices@gmail.com

**MOTLEY LEGAL SERVICES**

Kimberley Cy. Motley SBN: 1047193
P.O Box 1433
Matthews, NC 28106
(704) 763-5413 (phone)
(704) 582-6229 (fax)
kmotley@motleylegal.com

Counsel requests that all papers, pleadings and other documents served subsequent to this date, including all ECF filings, to the undersigned attorney.

Dated this 4th day of August, 2024.

**CADE LAW GROUP, LLC**
Attorneys for Plaintiffs

By: s/Nathaniel Cade, Jr.
    Nathaniel Cade, Jr., SBN 1028115
    Annalisa Pusick, SBN: 1116379
    Antonique Williams, SBN: 1051850
    Madison Bedder, SBN: 1121996
    PO Box 170887
    Milwaukee, WI 53217
    P: (414) 255-3802
    F: (414) 255-3804
    E: nate@cade-law.com
    annalisa@cade-law.com
    antonique@cade-law.com
    madison@cade-law.com

**MOTLEY LEGAL SERVICES**

Kimberley Cy. Motley SBN: 1047193
P.O Box 1433
Matthews, NC 28106
(704) 763-5413 (phone)
(704) 582-6229 (fax)
kmotley@motleylegal.com

**LAW OFFICES OF GARY GEORGE**

Gary George SBN: 1004216
P.O. Box 1605
Milwaukee, WI 53201
(414) 397-8050 garygeorgelawoffices@gmail.com