ESTATE OF JALEN PROFT,

      Plaintiff,

    v.

WASHINGTON COUNTY, et al.

      Defendants.

Case No.: 24-CV-982

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Annalisa Pusick of Cade Law Group LLC hereby enters her appearance on behalf of Plaintiff, the Estate of Jalen Proft. All future pleadings, notices, and other matters in this action should be directed to me at the address indicated below. I certify that I am a member in good standing of the bar of this court.

Dated this 7th day of August, 2024.

**CADE LAW GROUP LLC**

By: */s/ Annalisa Pusick*
    Annalisa Pusick SBN: 1116379
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (phone)
    annalisa@cade-law.com

    Attorneys for Estate of Jalen Proft