# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF JALEN PROFT,
by Mary Jane Proft as Special Administrator,

    Plaintiff,

                                                                                                 Case No: 24-CV-982

v.

WASHINGTON COUNTY, MARTIN SCHULTEIS,
BRIAN WEDDIG, SEAN WOLFGRAM, ANDREA
BRYANT, GLORIA BAERBER, TIM HUYBERS, JOHN
DOES 1-10 and ABC INSURANCE COMPANY

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Washington County, Martin Schulteis, Brian Weddig, Sean Wolfgram, Andrea Bryant, Gloria Baerber, and Tim Huybers, by their attorneys Crivello, Nichols & Hall, S.C., respectfully move this Court, the Honorable Pamela Pepper presiding, for an order granting Defendants judgment as a matter of law and dismissing the Plaintiff's Second Amended Complaint (Dkt. 40) and all claims contained therein with prejudice, together with an award of costs, disbursements, and fees of this action as allowed by law.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and is brought upon the basis that Plaintiff cannot substantiate its claims against Defendants as a matter of law. This Motion is made upon the pleadings and proceedings had herein, Defendants' Brief in Support of Summary Judgment, Defendants' Proposed Findings of Fact, the declarations filed in support, as well as all other papers, pleadings, and exhibits on file herein and/or exhibits attached to the declarations accompanying this Motion. For purposes of this Motion for Summary Judgment, the

Court will accept as true any of Defendants' factual assertions that are properly supported by admissible evidence in the record of this case unless Plaintiff submits its own declaration or other admissible evidence contradicting Defendants' factual assertions. Through this Motion, Defendants seek dismissal of all claims with prejudice, plus an award of costs, disbursements and fees as may be allowed by law.

Dated this 30th day of January, 2026.

By: *s/ Sara C. Mills*
SAMUEL C. HALL, JR.
State Bar No. 1045476
SARA C. MILLS
State Bar No. 1029470
ZACHARY J. FLOOD
State Bar No. 1099136
CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants Washington County, Martin Schulteis, Tim Huybers, Sean Wolfgram, Brian Weddig, Andrea Bryant and Gloria Baerber
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Ph: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellolaw.com
smills@crivellolaw.com
zflood@crivellolaw.com