IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF JALEN PROFT,
by Mary Jane Proft as Special Administrator,

    Plaintiff,

Case No: 24-CV-982

v.

WASHINGTON COUNTY, MARTIN SCHULTEIS,
BRIAN WEDDIG, SEAN WOLFGRAM, ANDREA
BRYANT, GLORIA BAERBER, TIM HUYBERS, JOHN
DOES 1-10 and ABC INSURANCE COMPANY

    Defendants.

## DECLARATION OF SEAN WOLFGRAM

STATE OF WISCONSIN    )
    ) ss.
WASHINGTON COUNTY    )

    I, Sean Wolfgram, declare pursuant to 28 U.S.C. §1746, and under penalty of perjury that the following is true and correct:

1.     I am an adult resident of the state of Wisconsin and I make this declaration based on personal knowledge.

2.     I was employed by Washington County as a correctional officer at the Washington County Jail from 1998 until my retirement in 2025.

3.     Attached as **Exhibit Z** is a true and correct copy of my report regarding the events of August 17, 2021, which was previously produced in discovery at COUNTY-JP000536. I have reviewed this report, and it is a true and accurate reflection of my participation in the events of August 17, 2021, and it accurately reflects my recollection of events on that afternoon.

4.      In the approximately six weeks between July 4, 2021, and August 17, 2021, I did not observe Telford display any behavior or make any statements that would suggest he may have any violent propensities towards correctional staff or other inmates. Nor did anyone else provide me with any information that would suggest Telford may have any violent propensities towards correctional staff or other inmates.

5.      On August 17, 2021, I performed hourly rounds of the Adult Pod. I walked through Adult D Pod at approximately 12:01 p.m. and 1:05 p.m. I did not observe anything amiss during those rounds.

6.      I do not recall what exactly was being discussed in the Control Room of the Washington County Jail between myself, Brian Weddig, Andrea Bryant, Gloria Baerber, and Tim Huybers between about 1:20 p.m. and 1:28 p.m. on August 17, 2021. However, and to the best of my recollection, I believe we were discussing work-related matters. I was also eating lunch at that time.

7.      Officers stationed in the Adult Pod Control Room have very limited ability to hear what is happening within the housing units because they are separated from the housing units by multiple panes of corrections-grade security glass and corrections-grade metal security doors. Noise from the housing units is necessarily dampened and muffled by the glass, concrete walls, and steel doors separating inmates from the rest of the facility. Officers in the hallway surrounding the Adult Pod Control Room have a slightly increased ability to hear what is happening in housing units, because there are less barriers. They are separated from the units by a single pane of corrections grade security glass and a single correction grade security door. However, the ability to hear what is going on in a housing unit remains limited even when an officer is in the hallway. The jail is frequently loud, with inmates in multiple housing units often yelling at the same time. Officers' ability to hear things happening in housing units is also dependent on the volume of the incident or occurrence and what the officer is doing at the time (e.g. answering a phone call or talking to another person). Additionally, sounds within housing units may appear louder than their actual volume due to echoing caused by the

concrete walls and high ceilings of the housing unit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of January, 2026.

By: *s/ Sean Wolfgram*
SEAN WOLFGRAM