

**Washington County Sheriff's Office**
500 Rolfs Av | West Bend, 53090 | Phone: (262) 335-4378

**WCJ Major Offense Narrative**

Wednesday, August 25, 2021
10:51:45 am

** For official use only **

**Wolfgram - 219**

On 08/17/21, I, officer Wolfgram, was assigned to the adult pod of the jail. At approximately 1327 hours, officer Gloria Baerber called a code red for a fight in AD pod. The two inmates identified in the fight were Jalen T. Proft, 02/04/█ #█████ and George Telford Jr 07/10/█ #█████. When the code red was called, officers Baerber and Andrea Bryant were in the hallway securing two other inmates for video court. Officer Weddig and I left pod control to secure AD pod. Officer Huybers was in adult pod control. I advised Huybers to secure AD pod. All inmates were ordered back to their cells. All inmates in AD pod were secure except the two involved in the fight. Proft was lying on the floor of the upper tier. Telford did not lock in right away. I was yelling at him through the food pass to lock into his cell. Officer Manteufel was ordering Telford to lock into his cell through the door. He would not comply. Sergeant Julson arrived with several officers. We all entered AD pod. Officer Videkovich drew her taser and aimed it at inmate Telford. At this time, Telford returned to his cell and was locked in. Nurses Enleigh and Kelly arrived on scene. Officers Hernandez, Weddig, Baerber, Manteufel, Videkovich, sergeant Julson and I assisted the nurses. There was blood by inmate Proft and in his cell. Proft was struggling to breath. Officers Hernandez, Manteufel, Videkovich and I secured inmate Proft while the nurses checked on him. Nurse Enleigh used gauze pads to dry up the blood on inmate Proft's face. She used amonia to try to revive Proft. We moved him on his side at the nurse's direction. She tried sternum rubs to try to revive Proft. Nurse Enleigh went through all her amonia tabs. She checked his eyes for trauma. The nurses had him stable until rescue arrived. At approximately 1339 hours, rescue arrived on scene. They went through the upper tier of AA, AB and AC pods to get to Proft in AD upper tier. They secured him on a gurnee. Once secure, rescue exited AD pod. Several deputies and detectives arrived on scene. We left the scene as it was. Sergeant Julson advised us to move all inmates out of AD pod. Officer Weddig and I moved Telford out first. I secured Telford into belly chains and escorted him to D2 cell 1. I advised officer Cashion that I am leaving the belly chains on Telford as he will be interviewed soon. Officer Weddig and I moved the rest of the inmates out of AD pod into visiting booths. Once the scene was secure, the video was reviewed. At approximately 1324 hours, inmate Telford entered AD cell 1. Inmate Proft is housed in AD cell 1. It appears Proft was lying on his bunk when Telford entered the cell. Telford was punching and fighting with Proft until approximately 1328 hours when the two were outside the cell. Telford continued to kick Proft in the head while outside his cell. That is all the information I have at this time.